**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

## Reference for court use only

https://storage.gtwy.dcn:8443/v1/file/ilnd.9338117907.35864831.230955.json