**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kevin T Hobbs

Plaintiff,

v.

Case No.: 1:25−cv−00960
Honorable John Robert Blakey

Apple, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 6, 2026:

MINUTE entry before the Honorable John Robert Blakey: Judge Kim's 9/30/26 Order indicates that this case will return to a litigation posture, see [41], and the Court accordingly sets additional case management dates as follows: the parties shall complete fact discovery by 11/6/26, and file an updated status report by 11/9/26, indicating definitively whether either party will pursue expert discovery or summary judgment (and, if so, proposing reasonable schedules therefor). If the parties will not seek expert discovery or summary judgment, they should instead propose agreed trial dates in the first half of 2027 and provide their best estimates concerning the length of trial. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.