**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN T. HOBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-00960 |
| v. | ) | |
| | ) | District Judge John Robert Blakey |
| APPLE INC., | ) | |
| | ) | Magistrate Judge Young B. Kim |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW COMES counsel for Plaintiff, Antonio L. Jeffrey of Jeffrey Law Office, LLC and respectfully requests that this Court grant his unopposed request to withdraw as counsel for Plaintiff, pursuant to Local Rule 83.17, and states as follows:

1. Counsel represents Plaintiff in this action and seeks the Court's permission to terminate that representation.

2. Since, counsel for Plaintiff has effectively represented Plaintiff.

3. However, representation of Plaintiff has become increasingly difficult, as there is a difference in opinion as to case strategy and expectations.

4. Thus, at this point, counsel for Plaintiff does not feel like the attorney-client relationship can be repaired.

5. Withdrawal can be accomplished without a material adverse effect on the interest of the parties.

6. Furthermore, Plaintiff's counsel has a good faith basis to file this motion, as the Attorney-Client relationship cannot be repaired.

7. As required by the rules, attached is Plaintiff's current contact information. *See* Notification of Party Contact Information Form (Exhibit A).

8. Counsel for Plaintiff, therefore, respectfully requests to withdraw from this matter.

WHEREFORE, Plaintiff's counsel, Antonio L. Jeffrey, prays that this Court grant his request to withdraw from this matter.

October 8, 2026

/s *Antonio L. Jeffrey*

JEFFREY LAW OFFICE, LLC
Antonio L. Jeffrey
1301 W. 22nd Street, Suite 308
Oak Brook, Illinois 60523
(312) 583-7072
(312) 583-0888 (fax)
ajeffrey@jeffreylawoffice.com