United States District Court
Northern District of Illinois

**Notification of Party Contact Information**

Exhibit A

Directions: Attach this completed form to the motion to withdraw when no other attorney of record remains on the docket. File it electronically as an attachment to the motion. Complete the client's address and telephone number so that the Court can contact the client if withdrawal is granted.

Case Number: 1:25-cv-00960

Case Title: Kevin T. Hobbs v. Apple, Inc.

Judge: John Robert Blakey

Name of Attorney submitting the motion to withdraw: Antonio L. Jeffrey

Name of Client: Kevin T. Hobbs

Mailing address of Client: 2908 Stonewater Drive

City: Naperville

State: IL

Zip: 60564

Telephone Number: (331) 345-4744

I attest that the above information is true and correct to the best of my knowledge.

Signed: ___*s/ Antonio L. Jeffrey*________________________

Date: ____October 8, 2026___________________________