**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kevin T Hobbs

Plaintiff,

v.

Case No.: 1:25−cv−00960
Honorable John Robert Blakey

Apple, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 10/14/2026. Plaintiff Kevin T. Hobbs appeared in court in person as ordered. For the reasons stated on the record, the Court grants without prejudice the motion to withdraw [44]. Attorney Jeffrey terminated. The Court sets a status hearing for 11/19/2026 at 11:00 a.m. in Courtroom 1203. New counsel shall file an appearance before the hearing. The Plaintiff shall appear for the hearing if no new counsel has appeared. Plaintiff may want to review the Court's standing order for pro se litigants, which is available on the Court's webpage at www.ilnd.uscourts.gov, or schedule an appointment (via the website) with the William J. Hibbler Memorial Pro Se Assistance Program Help Desk. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.